IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HENRY A. HARMON
ADC #103609                                                                                    PLAINTIFF

v.                              No. 5:15-cv-397-DPM-PSH

JONATHAN J. WHITE, Corporal, Cummins
Unit; KEITH DAY, Captain, Cummins Unit;
WILLIAM BYERS, Assistant Warden, Cummins
Unit; and JARED BYERS, Assistant Warden,
Cummins Unit                                                                                  DEFENDANTS

ORDER

Unopposed recommendation, № 28, granted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Harmon's claims against William Byers are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2016