IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HENRY A. HARMON
ADC #103609                                                                                    PLAINTIFF

v.                          No. 5:15-cv-397-DPM

JONATHAN J. WHITE, Corporal,
Cummins Unit;  KEITH DAY, Captain,
Cummins Unit;  and JARED BYERS,
Assistant Warden, Cummins Unit                                                                 DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, № 48, and overrules Harmon's objections, № 49. FED. R. CIV. P. 72(b)(3).  Motion for summary judgment, № 37, granted.  Harmon's remaining claims will be dismissed without prejudice for failure to exhaust.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 February 2017