IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HENRY A. HARMON
ADC #103609                                                              PLAINTIFF

v.                        No. 5:15-cv-397-DPM

JONATHAN J. WHITE, Corporal,
Cummins Unit; KEITH DAY, Captain,
Cummins Unit; WILLIAM BYERS,
Assistant Warden, Cummins Unit;
and JARED BYERS, Assistant Warden,
Cummins Unit                                                             DEFENDANTS

## JUDGMENT

Harrison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 February 2017